JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS JAMES VICTORIAN, | ) NO. CV 08-5336 JVS (FMO) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| MIKE KNOWLES, Warden, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: August 20, 2008.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE